1032

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL A. LIZARRAGA-GUTIERREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00941-4, Hollis R. Hill, J., entered November 8, 2010. *Affirmed* by unpublished per curiam opinion.

SEATTLE IRON & METALS CORPORATION, *Respondent*, v. LIN XIE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-27492-8, Christopher A. Washington, J., entered January 13, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Appelwick, J.

THE STATE OF WASHINGTON, *Respondent*, v. HOWARD LEE ROSS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-10201-5, Catherine D. Shaffer, J., entered March 21, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Appelwick, J.

THE STATE OF WASHINGTON, *Respondent*, v. RONALD EDWIN THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-04183-1, Joan E. DuBuque, J., entered February 23, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Schindler, JJ.